U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 24 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

VERSUS

DONZELL JOSEPH SAMUELS, JR.

CRIMINAL NO. 14-cr-00042-01

JUDGE TOM STAGG

MAGISTRATE JUDGE HORNSBY

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law as to the motion to suppress;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 19)** is **DENIED.**

The court, however, disagrees with the findings of the Magistrate Judge regarding the Government's Motion to Reopen the Evidence and finds that the Government should be allowed to introduce Government Exhibits G-7 and G-8.  Accordingly;

**IT IS FURTHER ORDERED** that the Government's **Motion to Reopen the Evidence (Doc. 31)** is **GRANTED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this **24th** day of October, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE